UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       -against-<br><br>JAMES DINNIGAN,<br>                                       Defendant. | 25-cr-309-2 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Sentencing for defendant James Dinnigan will be held on **Tuesday, November 4, 2025**, at **3:00 PM,** in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: August 14, 2025
       New York, New York

                                                          _____
                                                          ARUN SUBRAMANIAN
                                                          United States District Judge